UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL T. BEAVER, JR.,**

    Petitioner,

v.                                      Case No.  8:07-cv-331-T-30MSS

**ELIZABETH A. KOVACHEVICH
and PATRICIA C. FAWSETT,**

    Respondents.
_____/

## ORDER OF DISMISSAL

THE COURT has reviewed this §2254 habeas case and determines that Petitioner has failed to state a claim for habeas relief. The "Petition" is merely a threatening letter. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 14, 2007.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Elizabeth A. Kovachevich
The Honorable Patricia C. Fawsett
United States Marshal
Pro se Petitioner

F:\Docs\2007\07-cv-331.dismissal.wpd